

### THE ATTORNEY GENERAL
### OF TEXAS

AUSTIN 11, TEXAS

GROVER SELLERS
WILLIAMSON
ATTORNEY GENERAL

Honorable T. M. Trimble
First Assistant State Superintendent of Education
Department of Education
Austin, Texas

Dear Sir:

Opinion No. 0-6207

Re: May the County Tax Assessor-Col-
lector's fees from the common
school districts be turned back
to the local maintenance funds of
these districts in proportion to
the valuation of said districts
rather than placed in the officers'
salary fund of the county?

This department has given careful consideration to
your request of September 9, 1944, for the opinion of this
department upon the captioned question.

Article 2795, V.A.C.S., dealing with the levy of com-
mon school taxes, reads in part:

". . . The tax assessor shall receive a commission
of one-half of one per cent, for assessing such tax and
the tax collector a commission of one-half of one per
cent. for collecting the same. . . . ."

Article 3912e, Section 3, V.A.C.S., pertaining to pay-
ments of salaries to officers in lieu of fees, provides in
part:

". . . provided, however, that the assessor and
collector of taxes shall continue to collect and re-
tain for the benefit of the Officers' Salary Fund or
funds hereinafter provided for all fees and commis-
sions which he is authorized under law to collect;
and it shall be his duty to account for and to pay
all such monies received by him into the fund created
and provided for under the provisions of this Act;
. . . . ."

Section 5 of the above article reads in part:

"It shall be the duty of all officers to charge
and collect in the manner authorized by law all fees
and commissions which are permitted by law to be
assessed and collected for all official service per-
formed by them.  As and when such fees are collected
they shall be deposited in the Officers' Salary Fund,
or funds provided in this Act. . . . ."

It is evident from the foregoing statutes, and you
are accordingly so advised, that the commissions the tax as-
sessor-collector receives for the assessing and collecting of
the common school tax must be deposited in the Officers'
Salary Fund.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Robert O. Koch
Robert O. Koch
Assistant

ROK:AMM:wc

APPROVED SEP  22, 1944
s/Grover Sellers
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/BWB Chairman